| Account# | Payne |
|---|---|

| | $ | |
|---|---|---|
| **Principal** | $ | 261690.56 |
| **Deferred Balance** | $ | 0.00 |
| **Interest from 08/01/2017 to 10/14/2021** | $ | 39863.87 |
| **Daily Per Diem Rate = 25.9898 / FHA Monthly Interest Due =** | | |
| **Escrow: -15617.40** | | |
| **Hazard Insurance** | $ | 1862.00 |
| **Mortgage Insurance** | $ | 0.00 |
| **Taxes** | $ | 14178.69 |
| **Prior Escrow Balance** | $ | 0.00 |
| **Escrow Credit** | $ | (423.29) |
| **Late Fees** | $ | 1689.10 |
| **Property Inspections** | $ | 1035.00 |
| **CORP ADV 3 Default** | $ | 30.00 |
| **Subtotal** | $ | 319925.93 |
| **Expense Advances** | $ | 8847.22 |
| **Subtotal** | $ | 328773.15 |
| **Suspense** | $ | 0.00 |
| | $ | 0.00 |
| | $ | 0.00 |
| **Total** | $ | 328773.15 |

*Please add your firm's fees and costs to the total provided.*

09/15/21

ZACHARY D PAYNE                                              Account Number

25 SMITH'S FARM LN

PORTLAND              ME 04103-0000

Collateral  25  SMITH'S FARM LN

| | | | | |
|---|---|---|---|---|
| Original Balance | 264568.00 | P&I Payment | 1206.57 | Next Due Date | 09/01/17 |
| Current Balance | 261690.56 | Escrow Payment | 334.25 | Last Payment Date | 07/31/17 |
| Escrow Balance | -15617.40 | Opt Ins Payment | 0.00 | Current Interest Rate | 3.62500 |
| Unapplied Balance | 0.00 | Buydown | 0.00 | | |
| Fee Balance | -9912.22 | Total Payment | 1540.82 | | |

History from 09/01/11 through 09/15/21  Beginning statement balance     261690.56          Ending statement balance      261690.56

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 09/10/18 | 09/10/18 | 08/01/17 | Tax Enmasse | -1993.98 | 0.00 | 0.00 | -1993.98 | 0.00 | 0.00 |
| 10/08/18 | 10/08/18 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 11/02/18 | 11/02/18 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -772.16 L |
| 11/16/18 | 11/16/18 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -96.52 L |
| 11/19/18 | 11/19/18 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 11/21/18 | 11/21/18 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.67 F |
| 12/17/18 | 12/17/18 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -96.52 L |
| 01/07/19 | 01/07/19 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 01/16/19 | 01/16/19 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -96.52 L |
| 01/29/19 | 01/29/19 | 08/01/17 | Ins Enmasse | -469.00 | 0.00 | 0.00 | -469.00 | 0.00 | 0.00 |
| 02/12/19 | 02/12/19 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 F |
| 02/15/19 | 02/15/19 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -96.52 L |
| 02/22/19 | 02/22/19 | 08/01/17 | Tax Enmasse | -1993.97 | 0.00 | 0.00 | -1993.97 | 0.00 | 0.00 |
| 03/18/19 | 03/18/19 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -96.52 L |
| 03/27/19 | 03/27/19 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 F |
| 03/28/19 | 03/28/19 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 04/16/19 | 04/16/19 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -96.52 L |
| 04/22/19 | 04/22/19 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |

**B**= *Buydown/Subsidy*          **F**= *Fee Payment*          **L**= *Late Charges*          **N**= *Unapplied*          **C**= *Uncollected*

09/15/21                                                     Account Number

ZACHARY D PAYNE

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 04/23/19 | 04/23/19 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 860.00 F |
| 05/16/19 | 05/16/19 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -96.52 L |
| 05/17/19 | 05/17/19 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 05/29/19 | 05/29/19 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 76.75 F |
| 06/13/19 | 06/13/19 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 06/17/19 | 06/17/19 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -96.52 L |
| 07/15/19 | 07/15/19 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 07/16/19 | 07/16/19 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -96.52 L |
| 08/16/19 | 08/16/19 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -71.52 FL |
| 09/11/19 | 09/11/19 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 09/16/19 | 09/16/19 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -96.52 L |
| 10/03/19 | 10/03/19 | 08/01/17 | Tax Enmasse | -2067.60 | 0.00 | 0.00 | -2067.60 | 0.00 | 0.00 |
| 10/10/19 | 10/10/19 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 10/16/19 | 10/16/19 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -96.52 L |
| 11/11/19 | 11/11/19 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 11/18/19 | 11/18/19 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -96.52 L |
| 12/10/19 | 12/10/19 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 12/16/19 | 12/16/19 | 08/01/17 | Payment | -469.00 | 0.00 | 0.00 | -469.00 | 0.00 | -96.52 L |
| 01/08/20 | 01/08/20 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 01/16/20 | 01/16/20 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -96.52 L |
| 01/22/20 | 01/22/20 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 700.00 F |
| 02/07/20 | 02/07/20 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2218.75 F |
| 02/10/20 | 02/10/20 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 02/17/20 | 02/17/20 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -96.52 L |
| 02/21/20 | 02/21/20 | 08/01/17 | Tax Enmasse | -2067.59 | 0.00 | 0.00 | -2067.59 | 0.00 | 0.00 |
| 03/11/20 | 03/11/20 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 03/16/20 | 03/16/20 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -96.52 L |
| 03/31/20 | 03/31/20 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1501.05 F |

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 04/09/20 | 04/09/20 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 04/10/20 | 04/10/20 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 F |
| 04/16/20 | 04/16/20 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -96.52 L |
| 05/08/20 | 05/08/20 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 05/18/20 | 05/18/20 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -96.52 L |
| 06/10/20 | 06/10/20 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 06/16/20 | 06/16/20 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -96.52 L |

**B**= _Buydown/Subsidy_          **F**= _Fee Payment_          **L**= _Late Charges_          **N**= _Unapplied_          **C**= _Uncollected_

09/15/21                                                                      Account Number

ZACHARY D PAYNE

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 07/01/20 | 07/01/20 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 F |
| 07/10/20 | 07/10/20 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 07/16/20 | 07/16/20 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 153.48 FL |
| 08/10/20 | 08/10/20 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 08/17/20 | 08/17/20 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -96.52 L |
| 09/11/20 | 09/11/20 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 09/15/20 | 09/15/20 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 F |
| 09/16/20 | 09/16/20 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -96.52 L |
| 10/09/20 | 10/09/20 | 08/01/17 | Tax Enmasse | -2067.60 | 0.00 | 0.00 | -2067.60 | 0.00 | 0.00 |
| 10/12/20 | 10/12/20 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 10/17/20 | 10/17/20 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -96.52 L |
| 11/09/20 | 11/09/20 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 12/14/20 | 12/14/20 | 08/01/17 | Payment | -455.00 | 0.00 | 0.00 | -455.00 | 0.00 | 0.00 |
| 01/06/21 | 01/06/21 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 01/13/21 | 01/13/21 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 F |
| 02/08/21 | 02/08/21 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 02/26/21 | 02/26/21 | 08/01/17 | Tax Enmasse | -2067.59 | 0.00 | 0.00 | -2067.59 | 0.00 | 0.00 |
| 03/12/21 | 03/12/21 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 04/12/21 | 04/12/21 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 05/10/21 | 05/10/21 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 06/14/21 | 06/14/21 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 07/14/21 | 07/14/21 | 08/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 275.00 F |
| 08/05/21 | 08/05/21 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 F |
| 08/12/21 | 08/12/21 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 08/16/21 | 08/16/21 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 F |
| 09/13/21 | 09/13/21 | 08/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |

**B**= _Buydown/Subsidy_          **F**= _Fee Payment_          **L**= _Late Charges_          **N**= _Unapplied_          **C**= _Uncollected_

| Date | Amount | Activity | Insurance | MIP/PMI | Tax | Positive Escrow Balance | Escrow/Payment Credits |
|---|---|---|---|---|---|---|---|
| 1/16/2018 | -$423.10 | Positive Escrow Balance | | | | -$423.10 | |
| 2/7/2018 | $469.00 | INSURANCE | $469.00 | | | | |
| 2/13/2018 | $1,920.36 | TAX | | | $1,920.36 | | |
| 3/30/2018 | -$0.19 | Escrow/Payment Credits | | | | | -$0.19 |
| 9/10/2018 | $1,993.98 | TAX | | | $1,993.98 | | |
| 1/29/2019 | $469.00 | INSURANCE | $469.00 | | | | |
| 2/22/2019 | $1,993.97 | TAX | | | $1,993.97 | | |
| 10/3/2019 | $2,067.60 | TAX | | | $2,067.60 | | |
| 12/16/2019 | $469.00 | INSURANCE | $469.00 | | | | |
| 2/21/2020 | $2,067.59 | TAX | | | $2,067.59 | | |
| 10/9/2020 | $2,067.60 | TAX | | | $2,067.60 | | |
| 12/14/2020 | $455.00 | INSURANCE | $455.00 | | | | |
| 2/26/2021 | $2,067.59 | TAX | | | $2,067.59 | | |
| | | | $1,862.00 | $0.00 | $14,178.69 | -$423.10 | -$0.19 |
| | | | INS Sub Total | MIP/PMI Sub Total | Tax Sub Total | Positive Escrow Balance Sub Total | Escrow/Payment Credits Sub Total |

| Running Balance | 15617.40 | Running Total |
|---|---|---|
| Escrow Balance | | Balance to this Number |
| Escrow Account Balance IND | N | |

**Late Charge Detail Panel**          607    7/06/2021 4:03:00 PM ET    PFSP6114

Account Nbr [ -. .-.-.-.- ]    Borrower Name ZACHARY D PAYNE

**Current Late Charge Parameters**                    IPB Assessment Meth    1

| | | | | |
|---|---|---|---|---|
| LC Code | 1 | Assess Code | 0 | Assess Date    00/00/00 |
| Factor | 4.000 | Collection Method | 0 | Grace Days    15 |
| Stop Code | N | Year Type | 0 | Suppress LC    N |
| Net Unapplied | N | Pymt Percent | 0 | LC Calc To Date 10/01/20 |
| Assessed YTD | 0.00 | Assessed Life-to-Date | | 0.00 |
| Per Assessment Min | 0.00 | Per Assessment Max | | 99999.99 |
| Annual Max | 9999999.99 | Lifetime Maximum | | 9999999.99 |

**Late Charge Detail**    Find Payment Due Date [00/00/00]    Tot Rem Bal    1689.10

| Sel | Pymt Due Date | Calc Date | LC Due Date | Assessed Amount | Remaining Balance | Paid Date | Paid Amt | Reversal Date | Reversal Amt | Adjust Date | Adjust Amt | Waiver Date | Waiver Amt | Waiver Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 10/01/20 | 10/17/20 | 10/16/20 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 04.000% * P&I |
| ☐ | 09/01/20 | 09/16/20 | 09/16/20 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 04.000% * P&I |
| ☐ | 08/01/20 | 08/17/20 | 08/16/20 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 04.000% * P&I |
| ☐ | 07/01/20 | 07/16/20 | 07/16/20 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 04.000% * P&I |
| ☐ | 06/01/20 | 06/16/20 | 06/16/20 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 04.000% * P&I |
| ☐ | 05/01/20 | 05/18/20 | 05/16/20 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 04.000% * P&I |
| ☐ | 04/01/20 | 04/16/20 | 04/16/20 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 04.000% * P&I |
| ☐ | 03/01/20 | 03/16/20 | 03/16/20 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 04.000% * P&I |

Message:  CLICK MOREDOWN TO VIEW ADDL RECORDS      OK                MORE...

**Late Charge Detail Panel**                607      7/06/2021 4:06:32 PM ET      PFSP6114

Account Nbr [          ]   Borrower Name ZACHARY D PAYNE

**Current Late Charge Parameters**

| | | | | |
|---|---|---|---|---|
| LC Code | 1 | Assess Code | 0 | IPB Assessment Meth   1 |
| Factor | 4.000 | Collection Method | 0 | Assess Date   00/00/00 |
| Stop Code | N | Year Type | 0 | Grace Days   15 |
| Net Unapplied | N | Pymt Percent | 0 | Suppress LC   N |
| Assessed YTD | 0.00 | Assessed Life-to-Date | 0.00 | LC Calc To Date 10/01/20 |
| Per Assessment Min | 0.00 | Per Assessment Max | 99999.99 | |
| Annual Max | 9999999.99 | Lifetime Maximum | 9999999.99 | |

**Late Charge Detail**      Find Payment Due Date [00/00/00]      Tot Rem Bal   1689.10

| Sel | Pymt Due Date | Calc Date | LC Due Date | Assessed Amount | Remaining Balance | Paid Date | Paid Amt | Reversal Date | Reversal Amt | Adjust Date | Adjust Amt | Waiver Date | Waiver Amt | Waiver Code | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 02/01/20 | 02/17/20 | 02/16/20 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | | 04.000% * P&I |
| ☐ | 01/01/20 | 01/16/20 | 01/16/20 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | | 04.000% * P&I |
| ☐ | 12/01/19 | 12/16/19 | 12/16/19 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | | 04.000% * P&I |
| ☐ | 11/01/19 | 11/18/19 | 11/16/19 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | | 04.000% * P&I |
| ☐ | 10/01/19 | 10/16/19 | 10/16/19 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | | 04.000% * P&I |
| ☐ | 09/01/19 | 09/16/19 | 09/16/19 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | | 04.000% * P&I |
| ☐ | 08/01/19 | 08/16/19 | 08/16/19 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | | 04.000% * P&I |
| ☐ | 07/01/19 | 07/16/19 | 07/16/19 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | | 04.000% * P&I |

Message:  CLICK MOREDOWN TO VIEW ADDL RECORDS        OK                    MORE...

**Late Charge Detail Panel**                607    7/06/2021 4:07:05 PM ET    PFSP6114

Account Nbr [          ]    Borrower Name ZACHARY D PAYNE

**Current Late Charge Parameters**                    IPB Assessment Meth    1

| | | | | |
|---|---|---|---|---|
| LC Code | 1 | Assess Code | 0 | Assess Date | 00/00/00 |
| Factor | 4.000 | Collection Method | 0 | Grace Days | 15 |
| Stop Code | N | Year Type | 0 | Suppress LC | N |
| Net Unapplied | N | Pymt Percent | 0 | LC Calc To Date | 10/01/20 |
| Assessed YTD | 0.00 | Assessed Life-to-Date | 0.00 | |
| Per Assessment Min | 0.00 | Per Assessment Max | 99999.99 | |
| Annual Max | 9999999.99 | Lifetime Maximum | 9999999.99 | |

**Late Charge Detail**    Find Payment Due Date 00/00/00    Tot Rem Bal    1689.10

| Sel | Pymt Due Date | Calc Date | LC Due Date | Assessed Amount | Remaining Balance | Paid Date | Paid Amt | Reversal Date | Reversal Amt | Adjust Date | Adjust Amt | Waiver Date | Waiver Amt | Waiver Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 06/01/19 | 06/17/19 | 06/16/19 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 04.000% * P&I |
| ☐ | 05/01/19 | 05/16/19 | 05/16/19 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 04.000% * P&I |
| ☐ | 04/01/19 | 04/16/19 | 04/16/19 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 04.000% * P&I |
| ☐ | 03/01/19 | 03/18/19 | 03/16/19 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 04.000% * P&I |
| ☐ | 02/01/19 | 02/16/19 | 02/16/19 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 04.000% * P&I |
| ☐ | 01/01/19 | 01/16/19 | 01/16/19 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 04.000% * P&I |
| ☐ | 12/01/18 | 12/17/18 | 12/16/18 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 04.000% * P&I |
| ☐ | 11/01/18 | 11/16/18 | 11/16/18 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 04.000% * P&I |

Message:  CLICK MOREDOWN TO VIEW ADDL RECORDS        OK              MORE...

**Late Charge Detail Panel**          607     7/06/2021 4:07:22 PM ET     PFSP6114

Account Nbr [        ]     Borrower Name ZACHARY D PAYNE

**Current Late Charge Parameters**                          IPB Assessment Meth     1

| | | | |
|---|---|---|---|
| LC Code | 1 | Assess Code | 0 | Assess Date | 00/00/00 |
| Factor | 4.000 | Collection Method | 0 | Grace Days | 15 |
| Stop Code | N | Year Type | 0 | Suppress LC | N |
| Net Unapplied | N | Pymt Percent | 0 | LC Calc To Date | 10/01/20 |
| Assessed YTD | 0.00 | Assessed Life-to-Date | 0.00 |
| Per Assessment Min | 0.00 | Per Assessment Max | 99999.99 |
| Annual Max | 9999999.99 | Lifetime Maximum | 9999999.99 |

**Late Charge Detail**     Find Payment Due Date [00/00/00]     Tot Rem Bal     1689.10

| Sel | Pymt Due Date | Calc Date | LC Due Date | Assessed Amount | Remaining Balance | Paid Date | Paid Amt | Reversal Date | Reversal Amt | Adjust Date | Adjust Amt | Waiver Date | Waiver Amt | Waiver Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 10/01/18 | 11/02/18 | 10/16/18 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 04.000% * P&I |
| ☐ | 09/01/18 | 11/02/18 | 09/16/18 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 04.000% * P&I |
| ☐ | 08/01/18 | 11/02/18 | 08/16/18 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 04.000% * P&I |
| ☐ | 07/01/18 | 11/02/18 | 07/16/18 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 04.000% * P&I |
| ☐ | 06/01/18 | 11/02/18 | 06/16/18 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 04.000% * P&I |
| ☐ | 05/01/18 | 11/02/18 | 05/16/18 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 04.000% * P&I |
| ☐ | 04/01/18 | 11/02/18 | 04/16/18 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 04.000% * P&I |
| ☐ | 03/01/18 | 11/02/18 | 03/16/18 | 48.26 | 48.26 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 04.000% * P&I |

Message:   CLICK MOREDOWN TO VIEW ADDL RECORDS          OK                    BOTTOM

**Late Charge Detail Panel**                607    7/06/2021 4:07:42 PM ET    PFSP6114

Account Nbr    3721353    Borrower Name ZACHARY D PAYNE

**Current Late Charge Parameters**                IPB Assessment Meth    1

| | | | | | |
|---|---|---|---|---|---|
| LC Code | 1 | Assess Code | 0 | Assess Date | 00/00/00 |
| Factor | 4.000 | Collection Method | 0 | Grace Days | 15 |
| Stop Code | N | Year Type | 0 | Suppress LC | N |
| Net Unapplied | N | Pymt Percent | 0 | LC Calc To Date | 10/01/20 |
| Assessed YTD | 0.00 | Assessed Life-to-Date | | 0.00 | |
| Per Assessment Min | 0.00 | Per Assessment Max | | 99999.99 | |
| Annual Max | 9999999.99 | Lifetime Maximum | | 9999999.99 | |

**Late Charge Detail**    Find Payment Due Date 00/00/00    Tot Rem Bal    1689.10

| Sel | Pymt Due Date | Calc Date | LC Due Date | Assessed Amount | Remaining Balance | Paid Date | Paid Amt | Reversal Date | Reversal Amt | Adjust Date | Adjust Amt | Waiver Date | Waiver Amt | Waiver Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 08/01/17 | 11/02/18 | 08/16/17 | 144.78 | 144.78 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 04.000% * P&I |
| ☐ | 00/00/00 | 00/00/00 | 00/00/00 | 0.00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | |
| ☐ | 00/00/00 | 00/00/00 | 00/00/00 | 0.00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | |
| ☐ | 00/00/00 | 00/00/00 | 00/00/00 | 0.00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | |
| ☐ | 00/00/00 | 00/00/00 | 00/00/00 | 0.00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | |
| ☐ | 00/00/00 | 00/00/00 | 00/00/00 | 0.00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | |
| ☐ | 00/00/00 | 00/00/00 | 00/00/00 | 0.00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | |
| ☐ | 00/00/00 | 00/00/00 | 00/00/00 | 0.00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | 00/00/00 | 0.00 | |

Message:  BOTTOM OF DATA REACHED                    OK                    BOTTOM

**CUST/FEES - DETAIL**                        607        7/06/2021  4:08:30 PM ET        PFSP245

Account [            ] Namekey        PAYNE        ZD025    Total Amort Fee Payment           0.00

Type   11        Description PROP INSPECTION FEE          Total Fee Type Receivable -960.00

| Assess Date | Fee Amt | Last Act | Remain Bal | AMORT FEE | PD-TO-DT | Exp Cd | Invoice # | Org |
|---|---|---|---|---|---|---|---|---|
| 12/18/17 | -15.00 | 00/00/00 | -15.00 | | | 0 | | |
| 01/16/18 | -15.00 | 00/00/00 | -15.00 | | | 0 | | |
| 02/15/18 | -15.00 | 00/00/00 | -15.00 | | | 0 | | |
| 03/19/18 | -15.00 | 00/00/00 | -15.00 | | | 0 | | |
| 04/12/18 | -15.00 | 00/00/00 | -15.00 | | | 0 | | |
| 05/15/18 | -15.00 | 00/00/00 | -15.00 | | | 0 | | |
| 06/15/18 | -15.00 | 00/00/00 | -15.00 | | | 0 | | |
| 07/18/18 | -15.00 | 00/00/00 | -15.00 | | | 0 | | |
| 08/17/18 | -15.00 | 00/00/00 | -15.00 | | | 0 | | |
| 10/08/18 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 11/19/18 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 01/07/19 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 03/27/19 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 03/27/19 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |

Message:                              OK                          MORE...

**CUST/FEES - DETAIL**                          607      7/06/2021  4:08:45 PM ET      PFSP245

Account _____   Namekey      PAYNE      ZD025   Total Amort Fee Payment         0.00

Type   11        Description PROP INSPECTION FEE        Total Fee Type Receivable -960.00

| Assess Date | Fee Amt | Last Act | Remain Bal | AMORT FEE | PD-TO-DT | Exp Cd | Invoice # | Org |
|---|---|---|---|---|---|---|---|---|
| 03/28/19 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 04/22/19 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 05/17/19 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 06/13/19 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 07/15/19 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 08/16/19 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 09/11/19 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 10/10/19 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 11/11/19 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 12/10/19 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 01/08/20 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 02/10/20 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 03/11/20 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 04/09/20 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |

Message:                                      OK                          MORE...

**CUST/FEES - DETAIL**                         607      7/06/2021  4:08:57 PM ET      PFSP245

Account                    Namekey          PAYNE      ZD025    Total Amort Fee Payment           0.00

Type    11          DescriptionPROP INSPECTION FEE            Total Fee Type Receivable-960.00

| Assess Date | Fee Amt | Last Act | Remain Bal | AMORT FEE | PD-TO-DT | Exp Cd | Invoice # | Org |
|---|---|---|---|---|---|---|---|---|
| 05/08/20 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 06/10/20 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 07/10/20 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 08/10/20 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 09/11/20 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 10/12/20 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 11/09/20 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 12/14/20 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 01/06/21 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 02/08/21 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 03/12/21 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 04/12/21 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 05/10/21 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 06/14/21 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |

Message:                                              OK                        BOTTOM

**CUST/FEES - DETAIL**                    607      9/15/2021  12:12:04 PM ET    PFSP245

Account [_____]  Namekey        PAYNE      ZD025   Total Amort Fee Payment        0.00
Type   11        Description PROP INSPECTION FEE      Total Fee Type Receivable -1035.00

| Assess Date | Fee Amt | Last Act | Remain Bal | AMORT FEE | PD-TO-DT | Exp Cd | Invoice # | Org |
|-------------|---------|----------|------------|-----------|----------|--------|-----------|-----|
| 07/14/21 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 08/12/21 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| 09/13/21 | -25.00 | 00/00/00 | -25.00 | | | 0 | | |
| | | | | | | 0 | | |
| | | | | | | 0 | | |
| | | | | | | 0 | | |
| | | | | | | 0 | | |
| | | | | | | 0 | | |
| | | | | | | 0 | | |
| | | | | | | 0 | | |
| | | | | | | 0 | | |
| | | | | | | 0 | | |
| | | | | | | 0 | | |
| | | | | | | 0 | | |

Message:                                      OK                        BOTTOM

**CUST/FEES - DETAIL**                   607      7/06/2021  4:09:18 PM ET       PFSP245

Account _____          Namekey        PAYNE      ZD025   Total Amort Fee Payment          0.00

Type    164      Description CORP ADV 3 DEFAULT          Total Fee Type Receivable -30.00

| Assess Date | Fee Amt | Last Act | Remain Bal | AMORT FEE | PD-TO-DT | Exp Cd | Invoice # | Org |
|---|---|---|---|---|---|---|---|---|
| 12/18/17 | -15.00 | 00/00/00 | -15.00 | 0.00 | 00/00/00 | 16 | FG20171204 | O |
| 12/18/17 | -15.00 | 00/00/00 | -15.00 | 0.00 | 00/00/00 | 16 | FG20171204 | O |
| | | | | | | 0 | | |
| | | | | | | 0 | | |
| | | | | | | 0 | | |
| | | | | | | 0 | | |
| | | | | | | 0 | | |
| | | | | | | 0 | | |
| | | | | | | 0 | | |
| | | | | | | 0 | | |
| | | | | | | 0 | | |
| | | | | | | 0 | | |
| | | | | | | 0 | | |

Message:                                OK  INQUIRY ONLY              BOTTOM

16- PROP PRES DELINQUENT LOAN

**EXPENSE/PAID INVOICES**                    607       9/15/2021  12:14:02 PM ET    PFSP1115

Account Number [        ]   Name  ZACHARY D PAYNE

Responsibility Code Filter  [ . ]

| Invoice Number | Vendor Code | Resp Code | Date Paid | Exp Code | Description | R N I | T Y | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| ZZ0430000111419 | 1800000 | C1 | 08/01/18 | 412 | PROP PRES DELINQUE | R | F | 70.00 |
| ZZ0430000119717 | 2200012 | LA | 08/13/18 | 045 | TITLE COMMITMENT/E | R | F | 399.00 |
| ZZ0430000119717 | 2200012 | LA | 08/13/18 | 059 | FCL ATTY FEE (VA) | R | F | 690.00 |
| ZZ0430000171146 | 2200012 | LA | 11/21/18 | 015 | CERTIFIED STATUTOR | R | F | 6.67 |
| ZZ0430000171146 | 2200012 | LA | 11/21/18 | 538 | NON RECOVERABLE RE | I | F | 26.00 |
| ZZ0430000212885 | 2200012 | LA | 02/12/19 | 024 | FCL COURT COST - O | R | F | 325.00 |
| ZZ0430000249116 | 2200012 | LA | 04/23/19 | 026 | FILING FEE | R | F | 400.00 |
| ZZ0430000249116 | 2200012 | LA | 04/23/19 | 059 | FCL ATTY FEE (VA) | R | F | 460.00 |
| ZZ0430000249116 | 2200012 | LA | 04/23/19 | 538 | NON RECOVERABLE RE | I | F | 22.00 |
| ZZ0430000273439 | 2200012 | LA | 05/29/19 | 026 | FILING FEE | R | F | 46.00 |
| ZZ0430000273439 | 2200012 | LA | 05/29/19 | 034 | FC PROCESS SERVER/ | R | F | 30.75 |
| ZZ0430000420604 | 2200012 | LA | 01/22/20 | 059 | FCL ATTY FEE (VA) | R | F | 700.00 |
| ZZ0430000431246 | 2200012 | LA | 02/07/20 | 015 | CERTIFIED STATUTOR | I | F | 104.81 |

| Total Recoverable | Total Non-Recoverable | Total Investor-Recoverable | Grand Total |
|---|---|---|---|
| 8847.22 | 0.00 | 402.81 | 9250.03 |

Print? (Y/N)   [ N ]

Message:  TOP OF LIST                                OK                            MORE...

**EXPENSE/PAID INVOICES**                    607        9/15/2021  12:14:29 PM ET    PFSP1115

Account Number [          ]    Name   ZACHARY D PAYNE

Responsibility Code Filter [  .  ]

| Invoice Number | Vendor Code | Resp Code | Date Paid | Exp Code | Description | R N I | T Y | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| ZZ0430000431246 | 2200012 | LA | 02/07/20 | 059 | FCL ATTY FEE (VA) | R | F | 350.00 |
| ZZ0430000431246 | 2200012 | LA | 02/07/20 | 059 | FCL ATTY FEE (VA) | R | F | 350.00 |
| ZZ0430000431246 | 2200012 | LA | 02/07/20 | 059 | FCL ATTY FEE (VA) | R | F | 1518.75 |
| ZZ0430000470120 | 2200012 | LA | 03/31/20 | 034 | FC PROCESS SERVER/ | R | F | 330.05 |
| ZZ0430000470120 | 2200012 | LA | 03/31/20 | 045 | TITLE COMMITMENT/E | R | F | 96.00 |
| ZZ0430000470120 | 2200012 | LA | 03/31/20 | 059 | FCL ATTY FEE (VA) | R | F | 575.00 |
| ZZ0430000470120 | 2200012 | LA | 03/31/20 | 059 | FCL ATTY FEE (VA) | R | F | 500.00 |
| ZZ0430000474685 | 2200012 | LA | 04/10/20 | 059 | FCL ATTY FEE (VA) | R | F | 250.00 |
| ZZ0430000508930 | 2200012 | LA | 07/01/20 | 059 | FCL ATTY FEE (VA) | R | F | 250.00 |
| ZZ0430000516787 | 2200012 | LA | 07/16/20 | 059 | FCL ATTY FEE (VA) | R | F | 250.00 |
| ZZ0430000546755 | 2200012 | LA | 09/15/20 | 059 | FCL ATTY FEE (VA) | R | F | 250.00 |
| ZZ0430000613417 | 2200012 | LA | 01/13/21 | 059 | FCL ATTY FEE (VA) | R | F | 250.00 |
| ZZ0430000649068 | 2200012 | LA | 03/09/21 | 059 | FCL ATTY FEE (VA) | I | F | 250.00 |

| Total Recoverable | Total Non-Recoverable | Total Investor-Recoverable | Grand Total |
|---|---|---|---|
| 8847.22 | 0.00 | 402.81 | 9250.03 |

Print? (Y/N)  [ N ]

Message:                                         OK                              MORE...

**EXPENSE/PAID INVOICES**                 607      9/15/2021  12:14:43 PM ET    PFSP1115

Account Number  [          ]    Name   ZACHARY D PAYNE
Responsibility Code Filter    [ . ]

| Invoice Number | Vendor Code | Resp Code | Date Paid | Exp Code | Description | R N I | T Y | Amount Paid |
|----------------|-------------|-----------|-----------|----------|-------------|-------|-----|-------------|
| ZZ0430000757237 | 2200012 | LA | 07/14/21 | 059 | FCL ATTY FEE (VA) | R | F | 250.00 |
| ZZ0430000777629 | 2200012 | LA | 08/05/21 | 059 | FCL ATTY FEE (VA) | R | F | 250.00 |
| ZZ0430000792373 | 2200012 | LA | 08/16/21 | 059 | FCL ATTY FEE (VA) | R | F | 250.00 |

| Total Recoverable | Total Non-Recoverable | Total Investor-Recoverable | Grand Total |
|-------------------|-----------------------|----------------------------|-------------|
| 8847.22 | 0.00 | 402.81 | 9250.03 |

Print? (Y/N)    [ N ]

Message:  END OF LIST                              OK                          BOTTOM

09/20/21

ZACHARY D PAYNE                                                    Account Number

25 SMITH'S FARM LN

PORTLAND             ME 04103-0000

Collateral  25  SMITH'S FARM LN

| | | | | | |
|---|---|---|---|---|---|
| Original Balance | 264568.00 | P&I Payment | 1206.57 | Next Due Date | 09/01/17 |
| Current Balance | 261690.56 | Escrow Payment | 334.25 | Last Payment Date | 07/31/17 |
| Escrow Balance | -15617.40 | Opt Ins Payment | 0.00 | Current Interest Rate | 3.62500 |
| Unapplied Balance | 0.00 | Buydown | 0.00 | | |
| Fee Balance | -9912.22 | Total Payment | 1540.82 | | |

History from 09/01/18 through 09/20/21  Beginning statement balance    261690.56         Ending statement balance    261690.56

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 09/10/18 | 09/10/18 | 08/01/17 | ESCROW DISBURSEMENT | -1993.98 | 0.00 | 0.00 | -1993.98 | 0.00 | 0.00 |
| 10/08/18 | 10/08/18 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 11/02/18 | 11/02/18 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 11/02/18 | 11/02/18 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 11/02/18 | 11/02/18 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 11/02/18 | 11/02/18 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 11/02/18 | 11/02/18 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 11/02/18 | 11/02/18 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 11/02/18 | 11/02/18 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 11/02/18 | 11/02/18 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 11/02/18 | 11/02/18 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 11/02/18 | 11/02/18 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 11/02/18 | 11/02/18 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 11/02/18 | 11/02/18 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 11/02/18 | 11/02/18 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 11/02/18 | 11/02/18 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 11/02/18 | 11/02/18 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |

B= *Buydown/Subsidy*          F= *Fee Payment*          L= *Late Charges*          N= *Unapplied*

09/20/21                                                           Account Number

ZACHARY D PAYNE

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 11/16/18 | 11/16/18 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 11/16/18 | 11/16/18 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 11/19/18 | 11/19/18 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 11/21/18 | 11/21/18 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.67 F |
| 12/17/18 | 12/17/18 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 12/17/18 | 12/17/18 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 01/07/19 | 01/07/19 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 01/16/19 | 01/16/19 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 01/16/19 | 01/16/19 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 01/29/19 | 01/29/19 | 08/01/17 | ESCROW DISBURSEMENT | -469.00 | 0.00 | 0.00 | -469.00 | 0.00 | 0.00 |
| 02/12/19 | 02/12/19 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 F |
| 02/15/19 | 02/15/19 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 02/15/19 | 02/15/19 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 02/22/19 | 02/22/19 | 08/01/17 | ESCROW DISBURSEMENT | -1993.97 | 0.00 | 0.00 | -1993.97 | 0.00 | 0.00 |
| 03/18/19 | 03/18/19 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 03/18/19 | 03/18/19 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 03/27/19 | 03/27/19 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 03/27/19 | 03/27/19 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 03/28/19 | 03/28/19 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 04/16/19 | 04/16/19 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 04/16/19 | 04/16/19 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 04/22/19 | 04/22/19 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 04/23/19 | 04/23/19 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 F |
| 04/23/19 | 04/23/19 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 460.00 F |
| 05/16/19 | 05/16/19 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 05/16/19 | 05/16/19 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 05/17/19 | 05/17/19 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 05/29/19 | 05/29/19 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46.00 F |

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 05/29/19 | 05/29/19 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.75 F |
| 06/13/19 | 06/13/19 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 06/17/19 | 06/17/19 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 06/17/19 | 06/17/19 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 07/15/19 | 07/15/19 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 07/16/19 | 07/16/19 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 07/16/19 | 07/16/19 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |

**B**= *Buydown/Subsidy*    **F**= *Fee Payment*    **L**= *Late Charges*    **N**= *Unapplied*

09/20/21                                                         Account Number

ZACHARY D PAYNE

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 08/16/19 | 08/16/19 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 08/16/19 | 08/16/19 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 08/16/19 | 08/16/19 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 09/11/19 | 09/11/19 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 09/16/19 | 09/16/19 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 09/16/19 | 09/16/19 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 10/03/19 | 10/03/19 | 08/01/17 | ESCROW DISBURSEMENT | -2067.60 | 0.00 | 0.00 | -2067.60 | 0.00 | 0.00 |
| 10/10/19 | 10/10/19 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 10/16/19 | 10/16/19 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 10/16/19 | 10/16/19 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 11/11/19 | 11/11/19 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 11/18/19 | 11/18/19 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 11/18/19 | 11/18/19 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 12/10/19 | 12/10/19 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 12/16/19 | 12/16/19 | 08/01/17 | ESCROW DISBURSEMENT | -469.00 | 0.00 | 0.00 | -469.00 | 0.00 | 0.00 I |
| 12/16/19 | 12/16/19 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 12/16/19 | 12/16/19 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 01/08/20 | 01/08/20 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 01/16/20 | 01/16/20 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 01/16/20 | 01/16/20 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 01/22/20 | 01/22/20 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 700.00 F |
| 02/07/20 | 02/07/20 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 F |
| 02/07/20 | 02/07/20 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 F |
| 02/07/20 | 02/07/20 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1518.75 F |
| 02/10/20 | 02/10/20 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 02/17/20 | 02/17/20 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 02/17/20 | 02/17/20 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 02/21/20 | 02/21/20 | 08/01/17 | ESCROW DISBURSEMENT | -2067.59 | 0.00 | 0.00 | -2067.59 | 0.00 | 0.00 |
| 03/11/20 | 03/11/20 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 03/16/20 | 03/16/20 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 03/16/20 | 03/16/20 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 03/31/20 | 03/31/20 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 330.00 F |
| 03/31/20 | 03/31/20 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 96.00 F |
| 03/31/20 | 03/31/20 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 575.00 F |
| 03/31/20 | 03/31/20 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 F |

**B**= *Buydown/Subsidy*    **F**= *Fee Payment*    **L**= *Late Charges*    **N**= *Unapplied*

09/20/21                                                         Account Number

ZACHARY D PAYNE

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 04/09/20 | 04/09/20 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 04/10/20 | 04/10/20 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 F |
| 04/16/20 | 04/16/20 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 04/16/20 | 04/16/20 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 05/08/20 | 05/08/20 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 05/18/20 | 05/18/20 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 05/18/20 | 05/18/20 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 06/10/20 | 06/10/20 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 06/16/20 | 06/16/20 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 06/16/20 | 06/16/20 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 07/01/20 | 07/01/20 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 F |
| 07/10/20 | 07/10/20 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 07/16/20 | 07/16/20 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 07/16/20 | 07/16/20 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 07/16/20 | 07/16/20 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 F |
| 08/10/20 | 08/10/20 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 08/17/20 | 08/17/20 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 08/17/20 | 08/17/20 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 09/11/20 | 09/11/20 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 09/15/20 | 09/15/20 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 F |
| 09/16/20 | 09/16/20 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 09/16/20 | 09/16/20 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 10/09/20 | 10/09/20 | 08/01/17 | ESCROW DISBURSEMENT | -2067.60 | 0.00 | 0.00 | -2067.60 | 0.00 | 0.00 |
| 10/12/20 | 10/12/20 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 10/17/20 | 10/17/20 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |
| 10/17/20 | 10/17/20 | 08/01/17 | LATE CHG ASSESSED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -48.26 L |

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 11/09/20 | 11/09/20 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 12/14/20 | 12/14/20 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 12/14/20 | 12/14/20 | 08/01/17 | ESCROW DISBURSEMENT | -455.00 | 0.00 | 0.00 | -455.00 | 0.00 | 0.00 |
| 01/06/21 | 01/06/21 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 01/13/21 | 01/13/21 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 F |
| 02/08/21 | 02/08/21 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 02/26/21 | 02/26/21 | 08/01/17 | ESCROW DISBURSEMENT | -2067.59 | 0.00 | 0.00 | -2067.59 | 0.00 | 0.00 |
| 03/12/21 | 03/12/21 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 04/12/21 | 04/12/21 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |

**B**= *Buydown/Subsidy*          **F**= *Fee Payment*          **L**= *Late Charges*          **N**= *Unapplied*

09/20/21                                               Account Number

ZACHARY D PAYNE

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 05/10/21 | 05/10/21 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 06/14/21 | 06/14/21 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 07/14/21 | 07/14/21 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 07/14/21 | 07/14/21 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 F |
| 08/05/21 | 08/05/21 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 F |
| 08/12/21 | 08/12/21 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |
| 08/16/21 | 08/16/21 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 F |
| 09/13/21 | 09/13/21 | 08/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 F |

**B**= *Buydown/Subsidy*          **F**= *Fee Payment*          **L**= *Late Charges*          **N**= *Unapplied*