## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **Freedom Mortgage Corporation** | CIVIL ACTION NO: 2:19-cv-00162- JAW |
| **Plaintiff** | JUDGMENT OF FORECLOSURE AND SALE |
| vs. | RE:<br>25 Smith Farm Lane, Unit 2, Smith`s Farm Condo, Portland, ME 04103 |
| **Zachary D. Payne** | Mortgage:<br>December 8, 2016<br>Book 33686, Page 32<br>Re-Recorded  Book 33875, Page 88<br>Cumberland County |
| **Defendant** | |

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on December 10, 2021.  Plaintiff, Freedom Mortgage Corporation, was present and represented by John A. Doonan, Esq.  Defendant, Zachary D. Payne, did not appear.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment is GRANTED. Upon the entry of Judgment of Foreclosure and Sale, the remaining counts of the Complaint are dismissed without prejudice at the request of the Plaintiff.  **JUDGMENT** on Count I - Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendant or his heirs or assigns pay Freedom Mortgage Corporation ("Freedom") the amount adjudged due and owing ($331,893.86) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, Freedom shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket.  The following is a breakdown of the amount due and owing as of

November 25, 2021:

| Description | Amount |
|---|---|
| Principal Balance | $261,690.56 |
| Interest | $40,940.28 |
| Escrow | $17,636.70 |
| Late Fees | $1,689.10 |
| Property Inspections | $1,060.00 |
| Corp Adv 3 Default | $30.00 |
| Expense Advances | $8,847.22 |
| Grand Total | $331,893.86 |

2. If the Defendant or his heirs or assigns do not pay Freedom the amount adjudged due and owing ($331,893.86) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, his remaining rights to possession of the Portland Property shall terminate, and Freedom shall conduct a public sale of the Portland Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $331,893.86 after deducting the expenses of the sale, with any surplus to the Defendant or the heirs or assigns, in accordance with 14 M.R.S.A. § 6324. Freedom may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency at trial.

3. In the event that the Defendant, and anyone occupying the premises, do not vacate the property upon termination of his right to possession, Freedom may reopen this matter to seek a Writ of Assistance and/or Writ of Possession to be served by the U.S. Marshals Service pursuant to Federal Rule of Civil Procedure 4.1(a) consistent with this Judgment.

4. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

5. The amount due and owing is $331,893.86.

6. Freedom Mortgage Corporation has first priority, in the amount of $331,893.86,

pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendant who has second priority.

7. The prejudgment interest rate is 3.62500%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is .15%, *see* 28 U.S.C. § 1961.

8. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Freedom Mortgage Corporation<br>907 Pleasant Valley Avenue, Suite 3<br>Mount Laurel, NJ 08054 | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | Zachary D. Payne<br>25 Smith`s Farm Lane<br>Portland, ME 04103 | Pro Se |

a) The docket number of this case is No. 2:19-cv-00162- JAW.

b) The Defendant, the only party to these proceedings besides Freedom, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 25 Smith Farm Lane, Unit 2, Smith`s Farm Condo, Portland, ME 04103, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 25 Smith Farm Lane, Unit 2, Smith`s Farm Condo, Portland, ME 04103. The Mortgage was executed by the Defendant, Zachary D. Payne on December 8, 2016. The book and page number of the

       Mortgage in the Cumberland County Registry of Deeds is Book 33686, Page 32 and re-recorded at Book 33875, Page 88.

e) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an in rem judgment against the property, 25 Smith Farm Lane, Unit 2, Smith`s Farm Condo, Portland, ME 04103.

**SO ORDERED**

**Dated this 13th day of December, 2021**  /s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE